

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00151-CV

| | | |
|---|---|---|
| In the Interest of A.A.N., I.G.N., and N.L.N., II, children | § | From the 233rd District Court |
| | § | of Tarrant County (233-485486-10) |
| | § | July 31, 2014 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. We reverse the part of the judgment granting permanent injunctions related to Myriam Tobias and overnight guests, and we render judgment dissolving those injunctions. It is ordered that the remainder of the judgment of the trial court is affirmed.

It is further ordered that appellee A.N., shall pay all costs of the appeal for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM